# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-2426
_____

LOUIS KLAPPER,

    Appellant,

    v.

PAM STEWART, as
Commissioner of Education,

    Appellee.

_____

On appeal from an order of the Education Practices Commission of the State of Florida.
Christie Gold, Presiding Officer.

March 29, 2018

PER CURIAM.

    Pursuant to Appellee's Unopposed Motion for the Court to Set Aside Final Order and Remand, which the Court treats as a confession of error, the Final Order is reversed, and the cause is remanded to the lower tribunal for further proceedings.

WOLF, LEWIS, and JAY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Melissa C. Mihok of CPLS, P.A., Orlando, for Appellant.

Ronnie Herman Weaver, Ocala; Matthew H. Mears, General Counsel, and Bonnie Wilmot, Deputy General Counsel, Florida Department of Education, Tallahassee, for Appellee.